# UNITED STATES DISTRICT COURT
## FOR THE
## ~~EASTERN DISTRICT OF PENNSYLVANIA~~ Delaware

STK
8/17/2018

Edward Thomas Kennedy
<sub>Plaintiff</sub>   )
)
)
Assurant Inc.    )   Civil Action No. 18 - 1270
<sub>Defendant</sub>    )
et Al.    )
)
)
)
)

**APPLICATION FOR PRISONERS TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____

I am employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:
_____
_____

My gross pay or wages are: $ 1350, and my take-home pay or wages are: $ 1350 *
per Month.
(specify pay period)

3. **Other Income.** In the past 12 months, I have received income from the following sources (check all that apply):

(a) Business, profession, or other self-employment    ☐ Yes  ☒ No
(b) Rent payments, interest, or dividends    ☐ Yes  ☒ No
(c) Pension, annuity, or life insurance payments    ☐ Yes  ☒ No
(d) Disability, or worker's compensation payments    ☐ Yes  ☒ No
(e) Gifts, or inheritances    ☐ Yes  ☒ No
(f) Any other sources    ☒ Yes  ☐ No

$1350, Social Security Retirement