

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EDWARD THOMAS KENNEDY
        Plaintiff,

        v.                      Case Number 18-1270

ASSURANT, Inc. et.al.,
        Defendants.

## TAKE JUDICIAL COGNIZANCE

    TAKE JUDICIAL COGNIZANCE of the following:

    a.    Edward Thomas Kennedy, Plaintiff, is one of the people of Pennsylvania, and in this court of record, wishes and demands individual defendants, and/or their counsel, to reply and testify, affirm, and/or declare under penalty of perjury to this complaint.

    b.    Through the courts, Plaintiff Kennedy encourages the government to obey the law.

    c.    Plaintiff objects to the latin slang phrase "pro se" and requests CM/ECF access, and a new Judge be assigned to this complaint.

    d.    Plaintiff Kennedy hereby wishes and demands defendants reply and testify, affirm, and/or declare under penalty of perjury, and provide certified copies of their Oaths, Bonds of Office, Commissions, Answers to Questionnaires and Financial Disclosures.

    e.    Law of the Case is Exhibit 1, previously filed herein.

Date: August 27, 2018.

                                                        [signature]  SEAL
                                                        Edward Thomas Kennedy
                                                        401 Tillage Road
                                                        Breinigsville, Pennsylvania
                                                        Phone: 415-275-1244.
                                                        Email: pillar.of.peace.2012@gmail.com
                                                        Fax: 570-609-1810.

 

```
7329342700500 7*                                          17329 3427 005007
17329 3427 005007        RECORD: 40022        TITLE: 728226581 KE  11/27/2017
```

PA Messenger Solutions

# Pennsylvania Department of Transportation Applicant Summary Statement

Transaction: PA Title, registration    Processor: John Yurconic - Hamilton Blvd/83-4862    Processed By: IA - Iram Ahmed
Purchase Date: 11/25/17    Process Date: 11/25/17    Temp Tag Date: 11/17
Prev Title No: 72822658    Prev Dup Title Count:    State of Origin: NY

VIN: 5J6RE4H77BL007265    Condition: G    Unladen Weight:    Chassis Mftr:
Yr/Make: 2011 HONDA    Body: SW    GVWR:    Body Make:
Odom Reading: 125120    Fuel: GASOLINE/G    GCWR:    Seat Cap:
Odom Qual: ACTUAL MILEAGE/0    Purch Prc: 1.00    No of Axles:
Brands:

**Owner Information**
EDWARD THOMAS KENNEDY/S
401 TILLAGE RD
BREINIGSVILLE PA
18031

[ ] Tenant in Survivorship?
[X] Tenant in Common
[ ] Retired
[ ] ODTF
[ ] VTF

**Lessee Information**
OWNER/OWNER/OWNER/O
/

**Insurance Information**
GEICO CHOICE INSURANCE COMPANY/14139
4519027157

11/17/2017 - 5/17/2018

Disabled Veteran:

**Trade In #1 Information**
VIN:
YR:
Make:
Condition:
Allowance:
Trade In #2:
Allowance:

**Lien Holder #1 Information**
ABA:

Lien Holder #2:

**Fees & Sales Tax Information**
Tax exempt Reason:
Tax Exempt No:
Taxable Sale Price:    1.00
Sales tax credit:    0.00
Override Code:
Amount Waived:    0.00

[ ] ELT

**PennDOT Fees**
Sales/Use Tax:    0.06
Motor Veh. Fees:    90.00
Local Fee:    0.00
Other Fees:    0.00
Total:    90.06

Assigned Tag Type: PASSENGER/01    Class: 01    Assigned Exp Sticker No: 1018 -
Assigned Tag No: KMW3280    Reg. GVW:    Class Sticker No:    -
Assigned Exp Date: 10/31/2018    Reg. GCW:    Transferred Title No:
Signature of Person from whom Tag is Being Transferred:    Transferred Tag No:    [ ] W/Renewal
Relation To Applicant:    [ ] W/Tag Repl
No of Dup Reg Cards: 0    [ ] W/Tag Exch

I/we acknowledge that I/we may lose my/our operating privilege(s) or vehicle registration(s) for failure to maintain financial responsibility on the currently registered vehicle for the period of registration. I/we further acknowledge that I/we may be subject to a fine not exceeding $5,000 and imprisonment of not more than two (2) years for any false statement that I/we make on this form, and I/we certify that I/we have examined and signed this form after its completion; and that if an exemption from payment of sales tax is claimed, I am/we are authorized to claim this exemption. I/we further certify that all statements herein are true and correct and make application for certificate of title for the vehicle described above.

Date Subscribed and Sworn to:
11/25/2017

Signature of Applicant or Authorized Signer: *[signed]*

Signature of Notary Administering Oath:

Signature of Co-Owner/Title of Authorized Signer:

S E A L

[ ] VIN/GVWR Certification or Tracing is Required
Place Signature of Person Verifying VIN/GVWR or the Tracing Here:
I hereby certify that I have verified the VIN/GVWR of this vehicle and the VIN/GVWR listed above is correct.
SIGN:    DIN:

AppSumm

---

Detach Here    01 OF 01    T    Detach Here

**COMMONWEALTH OF PENNSYLVANIA REGISTRATION CREDENTIAL**    VOID VOID VOID VOID

EXPIRY: OCT 31, 2018    VALID: 11/25/2017
PLATE: KMW3280
TITLE: 72822658104 KE
VIN: 5J6RE4H77BL007265
YR/MAKE: 2011 HONDA    CLASS: 01
TYPE: SW
WID: 17329 3427 005007

*[signature]*
SIGNATURE

I hereby acknowledge this day that I have received notice of the provisions of Section 3709 of the Vehicle Code.

EMISSIONS INSPECTION REQUIRED/DIESEL VEHICLES EXEMPT    COUNTY: LEHIGH

077061
EDWARD THOMAS KENNEDY
401 TILLAGE RD
BREINIGSVILLE PA
18031



Edward Thomas Kennedy
401 Tillage Road
Breinigsville, PA 18031

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N KING STREET, UNIT 18
WILMINGTON, DELAWARE 19801-3570



FILED
AUG 29 2018
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



U.S.M.S
X-RAY



UNITED STATES
POSTAL SERVICE

1000



19801



U.S. POSTAGE PAID
FCM LG ENV
BREINIGSVILLE, PA
18031
AUG 27, 18
AMOUNT
$1.42
R2305K137298-05