IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD THOMAS KENNEDY, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 18-1270-RGA |
| ASSURANT, INC., et al., | ) |
| Defendants. | ) |

### ORDER

At Wilmington this 30 day of August, 2018,

the Court having considered the application to proceed in District Court without prepaying fees or costs under 28 U.S.C. § 1915;

IT IS ORDERED that the application is **GRANTED**.

*[signature]*
UNITED STATES DISTRICT JUDGE