IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE



EDWARD THOMAS KENNEDY,

    Plaintiff,

v.

                           Case No. 18-CV-1270

ASSURANT, INC., et al.,

    Defendants.

## Motion for Authorization to File Electronically

1. i, Edward Thomas Kennedy, Plaintiff, is one of the people of Pennsylvania and in this court of record, wishes and motions this court for authorization to file electronically,

2. Plaintiff has independently reviewed all of the tutorials and related topics on the Court's website, and has a PACER account.

Date: September 13, 2018

                                          Respectfully submitted,

                                                        (seal)

                                        EDWARD THOMAS KENNEDY
                                        401 Tillage Road
                                        Breinigsville, PA 18031
                                        Email: kennedy2018@alumni.nd.edu
                                        Email: pillar.of.peace.2012@gmail.com
                                        Telephone: 415-275-1244.
                                        Fax: 570-609-1810.

Edward Thomas Kennedy,
401 Tillage Rd.
Brennissville PA 18031

HARRISBURG
PA 171
01 OCT '18
PM 3 L

neopost
10/01/2018
US POSTAGE   $00.47⁰
FIRST-CLASS MAIL

ZIP 19530
041L11245010

FILED
OCT 03 2018
U.S. DISTRICT OF DELAWARE

Office of the Clerk
US District Court - Delaware
844 King St
US Courthouse
Wilmington DE   19801

U.S.M.S.
X-RAY

19801-357099