IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EDWARD THOMAS KENNEDY,
          Plaintiff,

          v.                                               Case No. 18-cv-1270
                                                                JURY TRIAL DEMANDED

WALMART INC., et al.,
          Defendants.

NOTICE

TAKE JUDICIAL COGNIZANCE

     A.     Executive Order 13825 concerning 2018 Amendments to the Manual for Courts-Martial, United States (March 1, 2018) now effective January 1, 2019,.[1]
     B.     Executive Order 13818—Blocking the Property of Persons Involved in Serious Human Rights Abuse or Corruption (December 20, 2017).

     1.     I, Edward Thomas Kennedy, (hereinafter "Kennedy" or "Plaintiff") am one of the people of Pennsylvania, and in this court of record complains of each of the following:

Walmart, Inc., King & Spalding LLP, Robert D. Hays, Sally Q. Yates, in her individual and official capacity, Misty L. Peterson, Austin A. Evans, Equifax, Inc., and Richard F. Smith, and the the case is captioned KENNEDY V WALMART, INC. et al.

Date: January 17, 2019.

                                                                Respectfully submitted,

---

[1] https://www.federalregister.gov/documents/2018/03/08/2018-04860/2018-amendments-to-the-manual-for-courts-martial-united-states

1

/s/ *Edward Thomas Kennedy*   *(seal)*

_____SEAL
Edward Thomas Kennedy, Plaintiff
401 Tillage Road
Breinigsville, Pennsylvania
Telephone: 415-275-1244.
Fax: 570-609-1810.
Email: kennedy2018@alumni.nd.edu

2

CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2019, I filed the foregoing Notice and Exhibit 1

Law of the Case, by ECF and to the following relevant party by US regular Mail:

        Mark A. Milley, General
        Chairman of the Joint Chiefs of Staff
        9999 Joint Staff Pentagon
        Washington, DC 20318-9999


Dated this 17th day of January 2019.

        */s/ Edward Thomas Kennedy*   *(seal)*
        _____
        EDWARD THOMAS. KENNEDY