January 16, 2019

John A. Cerino, Clerk of Court:
Office of the Clerk
United States District Court Delaware
844 North King St Unit 18
Wilmington, DE 19801-3570

Dear Clerk of Court Cerino,

Re: Kennedy v Walmart Inc. et al.1:18:cv-1270 (RGA)

Enclosed please find USM 285 forms for all nine defendants. Please call me if questions.

Sincerely yours,
/s/ Edward Thomas Kennedy (seal)

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, PA 18031
Tel: 415-275-1244
Fax 570-609-1810
kennedy2018@alumni.nd.edu
pillar.of.peace.2012@gmail.com



FILED
JAN 22 2019
US DISTRICT COURT
DISTRICT OF DELAWARE