IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EDWARD THOMAS KENNEDY,

        Plaintiff,

                                      NO. 18-01270 (RGA)

        v.

WALMART, Inc., et. al.,

        Defendants.

MEMORANDUM IN SUPPORT OF MOTION TO COMPEL SERVICE OF PROCESS

TAKE JUDICIAL COGNIZANCE

      A.      Executive Order 13825 concerning 2018 Amendments to the Manual for Courts-Martial, United States (March 1, 2018) effective January 1, 2019,.[1]

      B.      Law of the case is Exhibit 1.

      1.      I, Edward Thomas Kennedy, (hereinafter "Kennedy" or "Plaintiff") am one of the people of Pennsylvania, and in this court of record requests and wishes the court to grant Kennedy's Motion to Compel Service of Process by the US Marshall without delay for the court has announced it will close for business on January 31, 2019.

Notice

      2.      Although the Clerk of Court office in US Courts maintains court calendars and handles and assemble documents such as USM 285 forms, Clerks must ensure they

---

[1]
https://www.federalregister.gov/documents/2018/03/08/2018-04860/2018-amendments-to-the-manual-for-courts-martial-united-states

are accurate, and Kennedy is an older people of Pennsylvania and at times has senior moments.[2]

     3.    The court has agreed to waive fees, and Kennedy is grateful and apologizes for being poor but does not apologize for his Investiture oaths.

     4.    Please contact me if you have any questions. My contact information is below.

Respectfully submitted,

*/s/ Edward Thomas Kennedy   (seal)*

_____

Edward Thomas Kennedy, Plaintiff
[Chev. rev. Edward Thomas Kennedy]
401 Tillage Road
Breinigsville, Pennsylvania 18031
Email: pillar.of.peace.2012@gmail.com
Email: kennedy2018@alumni.nd.edu
Telephone: 415-275-1244.
Fax: 570-609-1810.

---

[2] [Kennedy has never violated his Investiture oath, and objects tot the Universal Charter of the Judge.]

CERTIFICATE OF SERVICE

I certify that on January 25, 2019, that I filed a copy of the above MEMORANDUM IN SUPPORT OF MOTION TO COMPEL SERVICE OF PROCESS and MOTION TO COMPEL SERVICE OF PROCESS, Notice and this Certificate of Service to Clerk of this Court via ECF, and to the following interested party:

and By US regular Mail to
Mark A. Milley, General
Chairman of the Joint Chiefs of Staff
9999 Joint Staff Pentagon
Washington, DC 20318-9999


*/s/ Edward Thomas Kennedy*    *(seal)*
_____
Edward Thomas Kennedy


Date: January 25, 2019.