IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD THOMAS KENNEDY, | : |
| Plaintiff, | : |
| v. | : Civ. No. 18-1270-RGA |
| WALMART, INC., et al., | : |
| Defendants. | : |

### ORDER

At Wilmington this 9 day of May, 2019;

IT IS ORDERED that:

1. The motion to compel service of process (D.I. 12) is **DISMISSED** without prejudice to renew.

2. The Clerk of Court is directed to **TRANSFER** this action to the United States District Court for the Eastern District of Pennsylvania.

*Richard G. Andrews*
UNITED STATES DISTRICT JUDGE