# U.S. District Court
# District of Delaware (Wilmington)
# CIVIL DOCKET FOR CASE #: 1:18–cv–01270–RGA

| | |
|---|---|
| Kennedy v. Walmart, Inc., et al | Date Filed: 08/20/2018 |
| Assigned to: Judge Richard G. Andrews | Date Terminated: 05/09/2019 |
| Demand: $250,000 | Jury Demand: Plaintiff |
| Related Cases: 1:18–cv–01316–RGA | Nature of Suit: 440 Civil Rights: Other |
| 1:18–cv–01317–RGA | Jurisdiction: Diversity |
| Cause: 42:1981 Civil Rights | |

**Plaintiff**

**Edward Thomas Kennedy**      represented by   **Edward Thomas Kennedy**
401 Tillage Road
Breinigsville, PA 18031
415–275–1244
Email: kennedy2018@alumni.nd.edu
PRO SE

V.

**Defendant**

**Assurant Inc.**
*TERMINATED: 01/16/2019*

**Defendant**

**Alan B. Colberg**
*in his official and individual capacities*
*TERMINATED: 01/16/2019*

**Defendant**

**Bart R. Schwartz**
*in his official and individual capacities*
*TERMINATED: 01/16/2019*

**Defendant**

**Richard S. Dziadzio**
*in his official and individual capacities*
*TERMINATED: 01/16/2019*

**Defendant**

**Mark Begor**
*in his official and individual capacities*
*TERMINATED: 01/16/2019*

**Defendant**

**John J. Kelley**
*in his official and individual capacities*
*TERMINATED: 01/16/2019*

**Defendant**

**John W. Gamble**
*in his official and individual capacities*
*TERMINATED: 01/16/2019*

**Defendant**

**Ernst & Young LLP**
*Atlanta, Georgia, EY*
*TERMINATED: 01/16/2019*

**Defendant**

**Mark A. Weinberger**
*in his official and individual capacities*
*TERMINATED: 01/16/2019*

**Defendant**

**PricewaterhouseCoopers LLP**
*New York, New York, PwC*
*TERMINATED: 01/16/2019*

**Defendant**

**Kevin Ellis**
*in his official and individual capacities*
*TERMINATED: 01/16/2019*

**Defendant**

**Margaret Cole**
*in her official and individual capacities*
*TERMINATED: 01/16/2019*

**Defendant**

**Roye Cooper Cohen Braunfeld LLC**
*TERMINATED: 01/16/2019*

**Defendant**

**Walmart Inc.**

**Defendant**

**Robert Hays**

**Defendant**

**Sally Q. Yates**
*in her individual and official capacity*

**Defendant**

**Misty L. Peterson**

**Defendant**

**Austin Evans**

**Defendant**

**Richard F. Smith**

**Defendant**

**Equifax, Inc.**

**Defendant**

**King & Spalding LLP**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/20/2018 | Ï 1 | MOTION for Leave to Proceed in forma pauperis – filed by Edward Thomas Kennedy. (jcs) (Entered: 08/20/2018) |
| 08/20/2018 | Ï 2 | COMPLAINT filed Pro Se against Assurant Inc., Mark Begor, Alan B. Colberg, Margaret Cole, Richard S. Dziadzio, Kevin Ellis, Equifax, Inc., Ernst & Young LLP, John W. Gamble, John J. Kelley, King & Spalding LLP, PricewaterhouseCoopers LLP, Roye Cooper Cohen Braunfeld LLC, Bart R. Schwartz, Mark A. Weinberger – filed by Edward Thomas Kennedy. (Attachments: # 1 Civil Cover Sheet)(jcs) (Entered: 08/20/2018) |
| 08/20/2018 | Ï 3 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (jcs) (Entered: 08/20/2018) |
| 08/22/2018 | Ï | Case Assigned to Judge Richard G. Andrews. Please include the initials of the Judge (RGA) after the case number on all documents filed. (rjb) (Entered: 08/22/2018) |
| 08/24/2018 | Ï 4 | ORDER, Plaintiff shall submit IFP long form application or pay in full the $400 filing fee. Failure to submit items within 21 days will result in dismissal of action without prejudice. Notice of Compliance deadline set for 9/14/2018. Signed by Judge Richard G. Andrews on 8/24/2018. (crb) (Entered: 08/24/2018) |
| 08/29/2018 | Ï 5 | MOTION for Leave to Proceed in forma pauperis – filed by Edward Thomas Kennedy. (Attachments: # 1 Letter)(nmg) Modified on 8/30/2018 (nms). (Entered: 08/29/2018) |
| 08/30/2018 | Ï 6 | ORDER granting 5 MOTION for Leave to Proceed in forma pauperis filed by Edward Thomas Kennedy. Signed by Judge Richard G. Andrews on 8/30/2018. (crb) (Entered: 08/30/2018) |
| 10/03/2018 | Ï 7 | MOTION for Authorization to File Electronically – filed by Edward Thomas Kennedy. (sar) (Entered: 10/04/2018) |
| 10/09/2018 | Ï 8 | SO ORDERED Granting 7 MOTION for Authorization to File Electronically. Signed by Judge Richard G. Andrews on 10/9/2018. (nms) (Entered: 10/09/2018) |
| 10/09/2018 | Ï | Remark: Electronic notification form sent to Pro–Se Plaintiff pursuant to Order (D.I 8 ). (rwc) Modified on 10/10/2018 (nms). (Entered: 10/09/2018) |

| 10/09/2018 | Ï | Remark: Electronic filing rights (CM/ECF Log–in and password) e–mailed to Pro–Se Plaintiff pursuant to Order (D.I. 8 ). Associated Cases: 1:18–cv–01317–RGA, 1:18–cv–01270–RGA(rwc) Modified on 10/10/2018 (nms). (Entered: 10/09/2018) |
|---|---|---|
| 01/16/2019 | Ï 9 | First Amended Complaint against Walmart, Inc., King & Spalding, LLP, Robert D. Hays, Sally Q. Yates, Misty L. Peterson, Austin A. Evans, Equifax, Inc., and Richard F. Smith – filed by Edward Thomas Kennedy. (Attachments: # 1 Exhibit 1)(Kennedy, Edward) Modified on 1/16/2019 (nms). (Entered: 01/16/2019) |
| 01/17/2019 | Ï 10 | NOTICE regarding case caption, by Edward Thomas Kennedy (Attachments: # 1 Exhibit 1)(Kennedy, Edward) Modified on 1/17/2019 (nms). (Entered: 01/17/2019) |
| 01/22/2019 | Ï 11 | Letter to Clerk of Court from Edward Thomas Kennedy regarding USM 285 forms submitted. (ddp) (Entered: 01/22/2019) |
| 01/22/2019 | Ï | USM 285 forms received for the following defendants: Equifax, Inc., Austin Evans, Robert Hays, King & Spalding LLP, Misty L. Peterson, Richard F. Smith, Walmart Inc., Sally Q. Yates. Sent to case file pending issuance of Service Order. (ddp) (Entered: 01/22/2019) |
| 01/25/2019 | Ï 12 | MOTION to Compel Service of Process – filed by Edward Thomas Kennedy. (Attachments: # 1 Memorandum in Support, # 2 Notice)(Kennedy, Edward) Modified on 1/25/2019 (nms). (Entered: 01/25/2019) |
| 05/09/2019 | Ï 13 | MEMORANDUM. Signed by Judge Richard G. Andrews on 5/9/2019. (nms) (Entered: 05/09/2019) |
| 05/09/2019 | Ï 14 | ORDER: The motion to compel service of process (D.I. 12 ) is DISMISSED without prejudice to renew. The Clerk of Court is directed to TRANSFER this action to the United States District Court for the Eastern District of Pennsylvania. Signed by Judge Richard G. Andrews on 5/9/2019. (nms) Modified on 5/9/2019 (nms). (Entered: 05/09/2019) |
| 05/09/2019 | Ï | Case transferred to the United States District Court for the Eastern District of Pennsylvania. (nms) (Entered: 05/09/2019) |