IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWARD THOMAS KENNEDY** | : CIVIL ACTION |
| | : |
| v. | : NO. 19-2092 |
| | : |
| **WALMART INC.,** *et al.* | : |

# ORDER

**AND NOW**, this 16th day of May 2019, upon considering serial litigant[1] Plaintiff's *pro se* first amended Complaint (ECF Doc. No. 9) recently transferred to this Court, conclusory allegations relating to an alleged "trespass" on dismissed case No. 18-214 in this District, but failing to plead conduct by a particular party other than a general allegation of one or more persons avoiding generally accepted accounting principles to commit financial fraud with no injury to Plaintiff, mindful Judge Schmehl dismissed **with prejudice** claims brought by the *pro se* Plaintiff against presently named Defendants Richard F. Smith and Equifax, Inc., under 28 U.S.C. § 1915, and finding the first amended complaint is wholly frivolous absent a specific pleading, it is **ORDERED** the *pro se* Plaintiff's first amended Complaint (ECF Doc. No. 9) is **DISMISSED without prejudice** to file a second amended complaint no later than **June 17, 2019** with specific allegations against named parties other than Richard F. Smith and Equifax, Inc. who may only be sued for conduct and claims not dismissed by Judge Schmehl's March 27, 2019 Order (C.A. No. 18-214, ECF Doc. No. 73).

KEARNEY, J.

---

[1] *See* Memorandum in *Kennedy v. County of Lehigh*, No. 19-163, ECF Doc. No. 7 (E.D.Pa. Jan. 25, 2019).