IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KENNEDY,

        Plaintiff,

                              No. 19-cv-02092 (MAK)

v.

WALMART, INC., et al.,

        Defendants.

FILED
JUN 2 0 2019
KATE BARKMAN, Clerk
By_____Dep. Clerk

## NOTICE OF CHANGE OF ADDRESS

Plaintiff, Edward Thomas Kennedy, one of the people of Pennsylvania, and in this court of record, files this notice of change of address with the court.

Plaintiff's mailing address has changed. The new mailing interest mailing address is 800 Court Street, Apt 223, Reading, PA 19601.

Date: June 17, 2019.

                                      Respectfully submitted,

                                      Edward Thomas Kennedy
                                      800 Court Street, Apt 223
                                      Reading, PA 19601
                                      pillarofpeace2012@gmail.com

                                      *Plaintiff is self-represented.*

## CERTIFICATE OF SERVICE

I certify that I served a copy of the above Notice of Change of Address to the Clerk of Court at United States District Court for the Eastern District of Pennsylvania via US regular mail at the following location:

>Clerk of Court
>U.S. District Court, E.D. Pa
>U.S. Courthouse
>601 Market Street
>Philadelphia, PA 19106

EDWARD THOMAS KENNEDY

*Plaintiff is self-represented.*

Date: June 17, 2019.

Edward T. Kennedy
800 Count St., Apt 223
Reading PA 19601




U.S. POSTAGE
FCM LG ENV
READING, PA
19601
JUN 17, 19
AMOUNT
$1.30
R2305K140413-0

Clerk of Court
US District Court
ED Pa.
US Courthouse
601 Market St.
Philadelphia, PA