IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWARD THOMAS KENNEDY** : | **CIVIL ACTION** |
| : | |
| **v.** : | **NO. 19-2092** |
| : | |
| **WALMART INC.,** *et al.* : | |

## ORDER

**AND NOW**, this 24th day of June 2019, upon considering the *pro se* Plaintiff's Motion to recuse (ECF Doc. No. 19) claiming impartiality because President Obama nominated me and the *pro se* Plaintiff asserts President Obama committed treason and I am thus tainted in reviewing his case for unknown reasons, finding no merit in his allegations, and no reasonable basis to recuse on either actual or perceived partiality, and finding no reasonable citizen could find the grounds raised by the *pro se* Plaintiff warrant recusal, it is **ORDERED** the *pro se* Plaintiff's Motion to recuse (ECF Doc. No. 19) is **DENIED** and the *pro se* Plaintiff is reminded of his strict compliance with our February 11, 2019 Order in C.A. No. 19-163 (ECF Doc. No. 16).

**KEARNEY, J.**