IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD THOMAS KENNEDY** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 19-2092** |
| | : | |
| **WALMART INC.,** *et al.* | : | |

# ORDER

**AND NOW**, this 25th day of June 2019, upon considering Plaintiff's failure to timely file an amended complaint in compliance with our May 16, 2019 Order (ECF Doc. No. 17), it is **ORDERED** Plaintiff's claims are **DISMISSED without prejudice** for lack of prosecution and the Clerk of Court shall mark this matter **CLOSED.**

                                                 **KEARNEY, J.**